

YAAKOV SAKS ▲*
JUDAH STEIN ▲
RAPHAEL DEUTSCH ^
DAVID FORCE ▲

▲ NJ & NY Bar Admissions
^ CT & NJ Bar Admissions
▪ NJ Bar Admission
*Federal Court Bar Admissions
CO, TX, WI, MO, NE, NM, IL, ND, MI, CT, AR, TN

285 Passaic Street, Hackensack, NJ 07601 | tel: 201.282.6500 | fax: 201.282.6501 | www.steinsakslegal.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   5/26/2020
```

May 26, 2020

**VIA ECF**
Hon. Judge Caproni
United States District Judge
Southern District of New York

Re:   Guglielmo v. Fear of God, LLC, Civil Action No. 1:20-cv-00534-VEC

Dear Judge Caproni,

The undersigned represents Plaintiff Joseph Guglielmo (hereinafter "Plaintiff") in the above-referenced matter. This Letter is submitted to request an extension of time to serve the Summons and Complaint on Defendant.

By way of background, Plaintiff has made numerous attempts to serve Defendant, to no avail. Plaintiff is therefore requesting an additional 30 days in which to hopefully serve the Defendant.

In addition, the initial conference for this matter is set for Friday May 29, 2019 at 10:00 am. As Defendant has yet to appear, Plaintiff is requesting an adjournment of the conference until after an Affidavit of service has been filed on the docket.

Thank you for your time and consideration of the above request.

Respectfully submitted,

/s/ *David Force*
David Force, Esq.

---

Applicaton GRANTED in part.  The IPTC teleconference is adjourned to **July 24, 2020, at 11:00 a.m.**  The parties' joint letter and proposed CMP are due **July 16, 2020**.

Federal Rule of Civil Procedure 4(m) affords Plaintiff 90 days (or until April 20, 2020) to effect service unless Plaintiff shows good cause for the failure to serve.  Not later than **June 3, 2020**, Plaintiff must show cause why the Court should not dismiss this case for failure to serve. Plaintiff must specifically provide evidence showing that it has made diligent efforts to effect service and that good cause exists for its failure to effect timely service.  If Plaintiff fails to make this showing, this case will be dismissed without prejudice.

SO ORDERED.

*[signature]*   5/27/2020

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE